IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

CANDACE E. ALSTON

    Plaintiff,

v.                                       CIVIL ACTION NO. 8:14-cv-03957-TDC

EXPERIAN INFORMATION SOLUTIONS,
INC.,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Candace E. Alston appeals to the United States Court of Appeals for the Fourth Circuit from the judgment [DOC 41] entered on March 3, 2016 granting Defendant Experian Information Solutions, Inc. motion to dismiss.

Respectfully submitted,
CANDACE E. ALSTON

Candace E. Alston
10012 Cedarhollow Lane
Largo, Maryland 20774
Tel: (240) 605-3384
E-mail: calston83@comcast.net