FILED: March 16, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2000
(8:14-cv-03957-TDC)

_____

CANDACE E. ALSTON, an individual on behalf of themselves and all others similarly situated

       Plaintiff - Appellant

and

NEIL F. LETREN, an individual on behalf of themselves and all others similarly situated

       Plaintiff

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

       Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK